**COMMONWEALTH of Pennsylvania,** Respondent

v.

**James FALLIGAN, Petitioner**

**No. 298 EAL 2017**

Supreme Court of Pennsylvania.

December 4, 2017

## ORDER

PER CURIAM

AND NOW, this 4th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.